IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MONICA GRANGER,

    Plaintiff,

vs.                                    CASE NO.: 1:06cv196-SPM/AK

LUCY D. HADI, as Secretary of the
Florida Department of Children and
Families,

    Defendant.
_____/

**ORDER DENYING MOTION FOR HEARING AND
DIRECTING PARTIES TO SUBMIT REVISED JOINT REPORT**

        This cause comes before the Court on the Parties' Joint Motion for Case Management Conference (doc. 14).  The parties explain that they have been unable to agree on deadlines for discovery, mediation, and trial.

        The parties are directed, in accordance with paragraph (2)(a) of the Initial Scheduling Order (doc. 11), to set forth their positions in a revised joint report. Any agreed-upon deadlines should be included, as well as each party's position on the deadlines to which they do not agree.  Accordingly, it is

        ORDERED AND ADJUDGED:

        1.        The Parties' Joint Motion for Case Management Conference (doc.

14) is denied.

    2.    On or before June 9, 2008, the parties shall file a revised joint report.

DONE AND ORDERED this 23rd day of May, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge