IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MONICA GRANGER,
            Plaintiff,

vs.                                         CASE NO.: 1:06cv196-SPM/AK

LUCY D. HADI, as Secretary of the
Florida Department of Children and
Families,
            Defendant.
_____/

**ORDER EXTENDING TIME FOR PARTIES
TO SUBMIT REVISED JOINT REPORT**

        This cause comes before the Court on Defendant's motion for extension of

time to file a revised joint report (doc. 16).  Upon consideration, it is

        ORDERED AND ADJUDGED:

        1.      The motion (doc. 16) is granted.  The parties shall have up to and

including June 20, 2008, to file a revised joint report.

        2.      Counsel for Plaintiff is responsible for communicating with Counsel

for Defendant no later than June 13, 2008, and he shall use his best effort to

have the revised joint report filed by June 20, 2008.

        DONE AND ORDERED this 11th day of June, 2008.

                    _s/ Stephan P. Mickle_____

                    Stephan P. Mickle
                    United States District Judge